# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134734

STANISLAW WOZNIAK and JANINE
WOZNIAK,
        Plaintiffs-Appellants,

v

VENTURE INDUSTRIES, INC.,
        Defendant-Appellee,
and

MIKE FLOWERS, d/b/a TRI-STATE LAWN
CARE,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134734
COA: 274026
Hillsdale CC: 05-000458-NO

On order of the Court, the application for leave to appeal the May 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

t1119